UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| POSCO,<br><br>            Plaintiff,<br><br>GOVERNMENT OF THE REPUBLIC OF KOREA,<br><br>            Plaintiff-Intervenor,<br><br>      v.<br><br>UNITED STATES,<br><br>            Defendant,<br><br>   and,<br><br>NUCOR CORPORATION,<br><br>            Defendant-Intervenor. | Court No. 24-00006 |

**ORDER**

Upon consideration of defendant's consent motion for a 7-day extension of time for the U.S. Department of Commerce to file its remand redetermination, it is hereby

ORDERED that defendant's motion for extension of time is granted; and it is further

ORDERED that the case will proceed according to the following schedule:

(1) Commerce shall file its remand redetermination on or before December 9, 2025;

(2) Commerce shall file the administrative record for its remand redetermination on or before December 24, 2025;

(3) Comments in opposition to the remand determination shall be filed on or before January 15, 2026;

Court No. 24-00006

    (4)  Comments in support of the remand determination shall be filed on or before February 6, 2026; and

    (5) The joint appendix shall be filed on or before February 23, 2026.


Dated: _____, 2025                  _____
    New York, N.Y.                                    JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| POSCO,<br><br>    Plaintiff,<br><br>GOVERNMENT OF THE REPUBLIC OF KOREA,<br><br>    Plaintiff-Intervenor,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>  and,<br><br>NUCOR CORPORATION,<br><br>    Defendant-Intervenor. | Court No. 24-00006 |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME FOR THE DEPARTMENT OF COMMERCE TO FILE ITS REMAND REDETERMINATION**

Pursuant to Rules 6(b) and 7(b) of the Rules of the United States Court of International Trade (USCIT R.), defendant, the United States, respectfully requests a 7-day extension of time, from December 2, 2025, to and including December 9, 2025, for the U.S. Department of Commerce to file its remand redetermination, and further requests that the Court grant conforming extensions to the subsequent deadlines as indicated in the attached proposed order. This is our second request for an extension of time for this purpose. We conferred with counsel for plaintiff, plaintiff-intervenor, and defendant-intervenor, regarding this motion, and by emails on November 18, 2025, Brady Mills indicated that plaintiff, POSCO, consents to this motion; Daniel Witkowski indicated that plaintiff-intervenor, the Government of the Republic of Korea,

consents to this motion; and Adam Teslik indicated that defendant intervenor, Nucor Corporation, consents to this motion.

When, as in this case, a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT R. 6(b)(1)(A). Good cause exists to grant the requested extension of time. As previously reported, Commerce issued a draft remand redetermination on September 24, 2025. The team assigned to work on this matter was then furloughed from October 1, 2025 to November 12, 2025. In consideration of the competing deadlines and work as a result of the backlog of the team's work during this time, as well as anticipated limited personnel available during the Thanksgiving holidays, Commerce respectfully requests a short, 7-day, extension of time to file the remand results with the Court. To give the parties sufficient time to prepare their filings, in light of the end-of-year holidays, the parties also propose extending the time for comments and replies by an additional 7 days, as reflected in the attached proposed order.

For these reasons, we respectfully request that the Court grant this motion to extend the deadline for filing Commerce's remand redetermination by 7 days, from December 2, 2025 to and including December 9, 2025, with corresponding extensions of time for all subsequent deadlines as indicated in the attached proposed order.

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

|  |  |
|---|---|
| | /s/ Tara K. Hogan |
| | TARA K. HOGAN |
| | Assistant Director |
| | U.S. Department of Justice |
| OF COUNSEL: | Civil Division |
| | Commercial Litigation Branch |
| FEE PAUWELS | P.O. Box 480 Ben Franklin Station |
| Attorney | Washington, DC 20044 |
| Office of the Chief Counsel | Tele: (202) 616-2228 |
| for Trade Enforcement and Compliance | Email: Tara.Hogan@usdoj.gov |
| U.S. Department of Commerce | |
| Washington, D.C. | |
| | |
| November 20, 2025 | Attorneys for Defendant, United States |

3